**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6416

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTOINE ELTORIO TERRY,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Irene C. Berger, District Judge.  (2:20-cr-00036-1)

Submitted:  September 12, 2024                    Decided:  September 16, 2024

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antoine Eltorio Terry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Eltorio Terry appeals the district court's opinion and judgment order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part A of Amendment 821 to the Sentencing Guidelines, and its subsequent order denying Terry's motion for reconsideration of that ruling. We have reviewed the record and discern no reversible error. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard). That is, because Terry's 120-month sentence is below the low end of the amended range and not a result of substantial assistance, the court correctly concluded that Terry is ineligible for a sentence reduction. *See* U.S. Sentencing Guidelines Manual § 1B1.10(b)(2)(A), p.s.; *Spruhan*, 989 F.3d at 269-70. Accordingly, we affirm the district court's rulings. *United States v. Terry*, No. 2:20-cr-00036-1 (S.D. W. Va. Jan. 17, 2024 & Mar. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2